Law Office of David Arredondo
Bar No 68635
3232 Tyler Avenue
El Monte, CA 91731
Tel: 626 825-0003
Fax: 626 461-7099
darredondolaw@gmail.com

Attorney for Defendant
FRANCISCO JAVIER
SCHRAIDT RODRIGUEZ

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>vs.<br><br>FRANCISCO JAVIER<br>SCHRAIDT RODRIGUEZ,<br><br>Defendant(s). | Case No.: 20-CR-00373-EJD<br><br>**SENTENCING MEMORANDUM**<br><br><br><br><br><br>Date: August 29, 2022<br>Time: 1;30 p.m.<br>Ctrm: 4<br><br>Hon. Edward J. Davila |

COMES NOW, FRANCISCO JAVIER SCHRAIDT RODRIGUEZ, by and through his attorney of record, David Arredondo, the herein defendant submits the following sentencing position:

## I
## INTRODUCTION

The defendant pled guilty to a two-count Superseding Indictment charging violations of 21 U.S.C, sections 846, 841(a)(1) and (b)(1)(C)—Conspiracy to Distribute and Possess with Intent to

Distribute Fentanyl and Alprazolam; and 21 U.S.C., section 841 (a)(1) and (b)(1)(C)—Distribution of Fentanyl. A forfeiture allegation is also made pursuant to 21 U.S.C., section 853

## II
## FACTORS UNDER 18 U.S.C., Sect. 3553(a)

The defendant is a 63 year old man who is not in good health, suffering from multiple degenerative maladies. In granting the defendant pretrial release, this Court took into consideration his poor health. The defendant suffers from diabetes that requires insulin to manage his condition. This has given rise to macular degeneration and progressive loss of eyesight. He takes medication to manage high blood pressure and also suffers from arthritis and prostate dysfunction. The defendant has undergone numerous surgeries and suffers from other maladies and malignant injuries, all of which are enumerated and discussed in the PIR. (p. 10, para. 51) Due to his inflamed prostate the defendant has to urinate many times during the course of the night and, I am informed by him, that as a consequence, he cannot sleep well and cellmates take an aggressive attitude towards him because of the disruption his condition causes to them.

## III
## GUIDELINE CALCULATION

Pursuant to the Plea Agreement the defendant concurs with the government that: "I agree that a reasonable and appropriate disposition of this case under the Sentencing Guidelines and 18 U.S.C., section 3553(a), and the sentence to which the parties have agreed is, as follows: a term of imprisonment between 84 months and 108 months. The parties are leaving open the term of supervised release, fine, and restitution for the Court to determine." (Plea Agreement p. 6, para. 8)

The PIR makes a recommended sentence of 84 months. (Sentencing Recommendation, p. 3)

//

## IV
## OTHER CONSIDERATIONS

The defendant, together with his siblings, was raised by a lone parent, his mother. Most of his childhood was spent working menial jobs to help support the family. He was physically and verbally abused. His education was relegated to night-time attendance. It was not until he was 40 years of age that defendant changed his own abusive conduct, in order to save his marriage. (PIR p. 10, para. 48, 49) Taking this, and all section 3553(a) factors into consideration, the Court can impose its own sentence on a downward departure from the recommended one,

## V
## CONCLUSION

For the foregoing reasons the term of sentence sought should be granted.

DATED: August 21, 2022

/s/ David Arredondo
David Arredondo
Attorney for Defendant
FRANCISO JAVIER SCHRAIDT RODRIGUEZ

# PROOF OF SERVICE
## ☒ CM/ECF;  [ ] Personal Service;  [ ] Mail;  [ ] Fax;  [ ] Email

1. At the time of service I was at least 18 years of age and not a party to this action. My residence or business address is 3232 Tyler Avenue, El Monte, CA 91731, and I am a resident or employee or said place.

2. I served a copy of the _SENTENCING MEMORANDUM_ as follows (check either "a", "b", "c", "d" or "e"):

   a. ☒ **CM/ECF**. Those parties who are registered CM/ECF members and parties to this action are served electronically by automatic means. All other parties are served as noted below.

   b. [ ] **Personal Service**. I personally delivered the foregoing document or papers as follows:
   - (1) Person Served:
   - (2) Address:
   - (3) Date Served:
   - (4) Time Served:

   c. [ ] **Mail**. I deposited the foregoing document or papers in the United States mail, in a sealed envelope, with postage prepaid. The envelope was addressed as follows:
   - (1) Person Served:
   - (2) Address:
   - (3) Date of Mail:
   - (4) Place of Mail:

   d. [ ] **Fax**. I transmitted via facsimile the forgoing documents or papers as follows:
   - (1) Sending fax:
   - (2) Rec'ing fax:
   - (3) Trans. date:
   - (4) Attention:

   e. [ ] **Email**. I Emailed the foregoing documents as follows:
   - (1) Email address:
   - (2) Person served:
   - (2) Date:

   ☒ **Federal**. I declare under the laws of the United States of America that the foregoing is true and correct.
   [ ] **State**. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/21, 2022.

David Arredondo         _(signature)_
(type or print name)    (signature)